```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NORTH DAKOTA
                      NORTHEASTERN DIVISION
```

| | |
|---|---|
| United States of America,      )  | |
|                                    )  | Criminal No. 2:06-cr-38 |
|         Plaintiff,     )  | |
| vs.                            )  | |
| Tayron D. Dunn                 )  | |
|         Defendant.     )  | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On July 8, 2008, the supervising probation officer filed a petition alleging a violation of supervised release (doc. #35). A hearing on the petition was held before the Honorable Alice R. Senechal, Magistrate Judge, on July 31, 2008.

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending this Court find the Defendant violated conditions of his supervised release (doc. #48). Upon review of these items and the entire file, the Court finds the Magistrate Judge's Recommendations correct and hereby adopts the Report and Recommendation. The Court thus **FINDS** that a violation of supervised release has occurred as alleged in the petition.

Based upon the Magistrate Judge's Recommendations, **IT IS ORDERED** that the Defendant's supervised release is revoked and that the Defendant be incarcerated for a term of four (4) months. The Court **RECOMMENDS** to the Bureau of Prisons that the Defendant be designated to Lake Region Law Enforcement Center, with work

release allowed.  The Defendant is ordered to report to the designated institution within ten (10) days of this decision.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2008.

_____
RODNEY S. WEBB, District Judge
United States District Court